# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WILLIAM MALIN, | : |
| | : Civil Action Number: |
| Plaintiff, | : |
| | : 1:11-CV-01553-JOF |
| vs. | : |
| | : |
| ENDEAVOR TELECOM, INC., | : |
| | : |
| Defendant. | : |
| | : |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff William Malin, by and through his undersigned counsel, hereby voluntarily dismisses with prejudice the above styled action.

This the 4th day of May, 2012.

**DELONG, CALDWELL, BRIDGERS & FITZPATRICK, LLC**

*Charles R. Bridgers*
Charles R. Bridgers
Georgia Bar No. 080791
*Kevin D. Fitzpatrick, Jr.*
Kevin D. Fitzpatrick, Jr.
Ga. Bar No. 262375
3100 Centennial Tower
101 Marietta Street, N. W.
Atlanta, GA 30303
(404) 979-3150
Fax (404) 979-3170
charlesbridgers@dcbflegal.com
kevin.fitzpatrick@dcbflegal.com
Counsel for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **WILLIAM MALIN,** | : |
| | : **Civil Action Number:** |
| **Plaintiff,** | : |
| | : **1:11-CV-01553-JOF** |
| **vs.** | : |
| | : |
| **ENDEAVOR TELECOM, INC.,** | : |
| | : |
| **Defendant.** | : |
| | : |

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1, N.D.Ga., the below signatory attorney certifies that this pleading was prepared with Times New Roman (14 point), one of the fonts and point selections approved by the Court in Local Rule 5.1 C, N.D.Ga.

                                                *s/ Charles R. Bridgers*
                                                Charles R. Bridgers
                                                Georgia Bar No. 080791
                                                Counsel for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| WILLIAM MALIN, | : |
| | : Civil Action Number: |
| Plaintiff, | : |
| | : 1:11-CV-01553-JOF |
| vs. | : |
| | : |
| ENDEAVOR TELECOM, INC., | : |
| | : |
| Defendant. | : |
| | : |

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the within and foregoing **Notice of Voluntary Dismissal** using the CM/ECF system which will automatically send email notification to the following attorneys of record:

> Matthew R. Simpson
> Tillman Y. Coffey
> FISHER & PHILLIPS, LLP
> 1075 Peachtree Street, NE
> Suite 3500
> Atlanta, Georgia 30309

This 4th day of May, 2012.

> *s/ Charles R. Bridgers*
> Charles R. Bridgers
> Georgia Bar No. 080791
> Counsel for Plaintiff